UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

STEVEN C. MULLALY,　　　　　　　　　　)
　　　　　　　Plaintiff,　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　　　)　　**JUDGMENT IN A CIVIL CASE**
　　v.　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　　　)　　**CASE NO. 4:16-CV-35-D**
CAROLYN W. COLVIN, Acting Commissioner　)
of Social Security,　　　　　　　　　　　　　　　)
　　　　　　　Defendant.　　　　　　　　　　　)

**Decision by Court.**

This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Court finds good cause has been alleged for remand. Accordingly, the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the Commissioner for further proceedings, including a new hearing, with additional vocational expert testimony, as needed.

**This Judgment Filed and Entered on August 19, 2016, and Copies To:**

Kristin Gordon　　　　　　　　　　　　　　　　(via CM/ECF Notice of Electronic Filing)

George G. Davidson　　　　　　　　　　　　　(via CM/ECF Notice of Electronic Filing)

DATE:　　　　　　　　　　　　　　　　　JULIE RICHARDS JOHNSTON, CLERK

August 19, 2016　　　　　　　　　　　　(By)　/s/ Nicole Briggeman
　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk