IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:16-CV-00035

| | | |
|---|---|---|
| Steven C. Mullaly, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CONSENT ORDER FOR PAYMENT |
| | ) | OF FEES AND COSTS PURSUANT TO |
| Carolyn W. Colvin, | ) | THE EQUAL ACCESS TO JUSTIC ACT |
| Acting Commissioner of | ) | |
| Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter being submitted to the Court for entry of a Consent Order agreed to by the

parties, and it appearing that Plaintiff, by and through his attorney, has executed this Consent

Order, and Defendant has executed this Consent Order, by and through the undersigned Special

Assistant United States Attorney; and it appearing that the parties have agreed to an award to the

Plaintiff of $1,575.00 for attorney fees in full and final settlement of all claims arising from the

above captioned case pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d);

and it appearing further that the Plaintiff has assigned his right to payment of such fees and costs

to his attorney: provided that the Department of Treasury finds Plaintiff has no outstanding debt

that is subject to offset under Treasury Offset Program, 31 U.S.C. § 3716, in which case the

remaining fees after offset will be payable to Plaintiff, and delivered to Plaintiff's attorney. If

Plaintiff has no outstanding debt subject to the Treasury Offset Program, then pursuant to

Plaintiff's assignment, the fees awarded will be payable to, and delivered to, Plaintiff's attorney:

It is therefore ORDERED, this 7th day of September, 2016, that the Plaintiff shall be, and

hereby is, awarded the sum of $1,575.00 for attorney fees in full satisfaction of any and all

claims against the Defendant arising under the EAJA, 28 U.S.C. § 2412(d), and upon the payment of such sum, the Defendant shall be discharged from any further liability for fees, costs or expenses up until this point in time; and it is further

ORDERED, that payment of such amounts shall be made directly to the Plaintiff's attorney subject to the provisions of the Treasury Offset Program.

SO ORDERED. This **23** day of September 2016.

_____
JAMES C. DEVER III
Chief United States District Judge

CONSENTED TO:

Kristin L. Gordon
Ricci Law Firm, P.A.
P.O. Box 483
Greenville, NC 27835-0483
252-752-7785
kgordon@riccilawnc.com


/s/George Davidson
George Davidson
Office of the General Counsel
Room 617, Altmeyer Building
6401 Security Boulevard
Baltimore, Maryland 21235
Telephone: (410) 965-21235
Attorney for Defendant