UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

STEVEN C. MULLALY,  )
        Plaintiff,  )
    )  **JUDGMENT IN A CIVIL CASE**
v.  )
    )  **CASE NO. 4:16-CV-35-D**
CAROLYN W. COLVIN, Acting Commissioner  )
of Social Security,  )
        Defendant.  )

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Plaintiff shall be, and hereby is, awarded the sum of $1,575.00 for attorney fees in full satisfaction of any and all claims against the Defendant arising under the BAJA, 28 U.S.C. § 2412(d), and upon the payment of such sum, the Defendant shall be discharged from any further liability for fees, costs or expenses up until this point in time; and it is further ORDERED, that payment of such amounts shall be made directly to the Plaintiffs attorney subject to the provisions of the Treasury Offset Program.

**This Judgment Filed and Entered on September 23, 2016, and Copies To:**
                                                                                                (via CM/ECF Notice of Electronic Filing)
Kristin Gordon

George G. Davidson                                       (via CM/ECF Notice of Electronic Filing)

DATE:                                     JULIE RICHARDS JOHNSTON, CLERK
September 23, 2016                     (By) /s/ Nicole Briggeman
                                             Deputy Clerk